JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO DIAZ, individually, and on behalf of all others similarly situated,<br><br>PLAINTIFF,<br><br>v.<br><br>TFORCE FINAL MILE, LLC; BEAVEX, INC.; TFORCE LOGISTICS, LLC; TFORCE CRITICAL; and DOES 1 thru 50, inclusive,<br><br>DEFENDANTS. | No. 2:20-cv-01521 JAK (AGRx)<br><br>**ORDER RE JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 23(e) AND 41(a)(1) (DKT. 32)** |

    Based on a review of the parties' Joint Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. 23(e) and 41(a)(1) (the "Stipulation" (Dkt. 32)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. This action is dismissed with prejudice as to all claims, causes of

/ /

/ /

/ /

action, and parties against Defendants, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

DATED: August 10, 2022

_____
John A. Kronstadt
United States District Judge